1  [Counsel identified on signature page]

2

3

4

5

6

7

8

9                  UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION

11

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al., | CASE NO. 5:20-cv-05167-LHK |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT** |
| vs. | |
| DONALD J. TRUMP, et al., | Date:          August 18, 2020 |
| Defendants. | Time:          10:30 a.m. |
| | Courtroom:  Videoconference |
| | Judge:         Hon. Lucy H. Koh |
| STATE OF CALIFORNIA, et al., | CASE NO. 5:20-cv-05169-LHK |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT** |
| vs. | |
| DONALD J. TRUMP, et al., | Date:          August 18, 2020 |
| Defendants. | Time:          10:30 a.m. |
| | Courtroom:  Videoconference |
| | Judge:         Hon. Lucy H. Koh |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Pursuant to the Court's August 12, 2020 Order (Dkt. 38) and August 14, 2020 Order

2  (Dkt. 43) in Case No. 5:20-cv-05167-LHK, the parties in the above-captioned cases, by their

3  respective counsel, respectfully submit the following Joint Case Management Statement for the

4  Initial Case Management Conference set for August 18, 2020 at 10:30 a.m.  This Joint Case

5  Management Statement only addresses the topics identified in the Court's Orders (Dkts. 38 and

6  43), and not the sections required by the Standing Order for All Judges of the Northern District

7  of California.  The Plaintiffs in Case No. 5:20-cv-05167-LHK are referred to herein as the "San

8  Jose Plaintiffs."  The Plaintiffs in Case No. 5:20-cv-05169-LHK are referred to herein as the

9  "California Plaintiffs."

10  **I.    SCHEDULING FOR DISPOSITIVE MOTIONS**

11    The San Jose Plaintiffs intend to move for partial summary judgment on two of their

12  claims: (1) violation of the Apportionment Clause, as amended by the Fourteenth Amendment;

13  and (2) violation of Census Act.

14    The California Plaintiffs intend to move for partial summary judgment on three of their

15  claims:  (1) violation of Article I and the Fourteenth Amendment; (2) violation of separation of

16  powers; and, (3) violation of Census Act.

17    Defendants intend to file a dispositive motion pursuant to Federal Rule of Civil

18  Procedure 12(b)(1), 12(b)(6), and/or 56.

19    The parties submit below competing briefing schedules for these early dispositive

20  motions for both cases.  The parties also request that the Court allow for the page limits for each

21  brief as set forth below.

22

23

24

25

26

27

28

CASE NOS. 5:20-CV-05167-LHK, 5:20-CV-05169-LHK
JOINT CASE MANAGEMENT STATEMENT

| Event | Plaintiffs' Proposal | Defendants' Proposal | Page Limit |
|---|---|---|---|
| Plaintiffs file a joint brief in support of their respective motions for partial summary judgment | August 27, 2020 | August 27, 2020 | 40 pages |
| Defendants file a single brief opposing both summary judgment motions and in support of Defendants' dispositive motion | September 10, 2020 | September 14, 2020 | 50 pages |
| Plaintiffs file a joint brief replying in support of their partial summary judgment motions, and opposing Defendants' dispositive motion | September 21, 2020 | September 25, 2020 | 35 pages |
| Defendants file a single reply brief in support of their dispositive motion | September 28, 2020 | October 5, 2020 | 25 pages |
| Hearing on all motions for both cases | October 8, 2020 | October 15, 2020 | |

Plaintiffs' Position:  Plaintiffs are willing to discuss at the Case Management Conference measures to increase efficiency in electronic filings.  Plaintiffs seek to ensure that under any order it will continue to be clear which filings apply to which action.

Defendants' Position:  To improve efficiency in these matters, Defendants request that the Court enter an order providing that any filing that is applicable to both of the related actions shall be filed in the lowest-numbered action, *City of San Jose, California, et al. v. Trump, et al.*, No. 5:20-cv-05167-LHK, and shall automatically be deemed to be a filing in both actions, unless denoted otherwise.  The parties may, however, file in the individual actions as well at their option.

## II.      THREE-JUDGE COURT

San Jose Plaintiffs will file prior to the Case Management Conference a First Amended Complaint that includes a request for a three-judge court on the basis of San Jose Plaintiffs' constitutional challenges to President Trump's Apportionment Exclusion Order, as well as San Jose Plaintiffs' new claim challenging the use of any statistical sampling method in the enumeration for apportionment in violation of 13 U.S.C. § 195.  The California plaintiffs also intend to file a request for a three judge panel and seek the Court's direction on the Court's preferred form for the request.  A three-judge court is warranted for two reasons.

1    First, Title 28 U.S.C. § 2284(a) states that "[a] district court of three judges shall be

2   convened when otherwise required by Act of Congress, or when an action is filed challenging the

3   constitutionality of the apportionment of congressional districts . . . ."  The parties agree that the

4   case law addressing the issue suggests that both Plaintiffs' constitutional challenges fall within

5   the jurisdiction created by 28 U.S.C. § 2284.  If those claims are adjudicated by a single district

6   judge when they should have been heard by a three-judge court, it could be a jurisdictional error

7   requiring reversal.  *See Karlson v. Paterson*, 542 F.3d 281, 286-87 (2d Cir. 2008).  The parties

8   therefore agree that the prudent course is to convene a three-judge court in both cases because an

9   ultimate decision by the three-judge court could be certified by this Court as one the Court would

10   independently reach, allowing for prompt appeal to the Ninth Circuit or the Supreme Court.  *See*

11   *Fed'n for Am. Immigration Reform v. Klutznick*, 486 F. Supp. 564, 577-78 (D.D.C. 1980) (three-

12   judge court) (including certification from District Judge that "he individually arrived at the same

13   conclusion that we collectively reached" out of "'abundant caution'" to ensure "that in the event

14   we are mistaken, an appeal can still be expeditiously taken in the appropriate forum" (quoting

15   *Swift & Co. v. Wickham*, 230 F. Supp. 398, 410 (S.D.N.Y. 1964 (three-judge court))).

16    Second, 13 U.S.C. § 195 prohibits "the use of the statistical method known as

17   'sampling'" in the "determination of population for purposes of apportionment of

18   Representatives in Congress among the several States."  The parties in Case No. 5:20-cv-05167-

19   LHK agree that Congress has provided a right of action to enforce this provision, and has further

20   provided that any action brought under that section "shall be heard and determined by a district

21   court of three judges in accordance with section 2284 of title 28, United States Code."

22   Departments of Commerce, Justice, and State, The Judiciary, and Related Agencies

23   Appropriations Act, 1998, § 209(b), (e)(1), Pub. L. No. 105-119, 111 Stat. 2440, 2481-82 (1997)

24   (codified at 13 U.S.C. § 141 note).  Thus, for this second reason also, the parties in Case No.

25   5:20-cv-05167-LHK agree that a three-judge court should be convened.

26   **III.    CONSOLIDATION OF THESE CASES**

27    The parties agree that formal consolidation of the cases is unnecessary, but agree that the

28   cases can be handled together and on the same schedule.  Plaintiffs in both cases intend to

1  cooperate as much as possible to avoid redundancy of submissions to ease the burdens on the

2  Court and the Defendants.

3  **IV.     INTERPLAY WITH OTHER CASES**

4       While the cases previously identified by Plaintiffs pending in other Districts (*see* Dkt. 33)

5  raise overlapping issues and claims with this case, the parties agree that the Court (or three-judge

6  court) should proceed to the merits in this case regardless of those other cases.

7

8

9  Dated: August 17, 2020                          LATHAM & WATKINS LLP

10                                                  By:   /s/ Sadik Huseny
                                                         Sadik Huseny
11

12                                                  Steven M. Bauer (Bar No. 135067)
                                                    steve.bauer@lw.com
13                                                  Sadik Huseny (Bar No. 224659)
                                                    sadik.huseny@lw.com
14                                                  Amit Makker (Bar No. 280747)
                                                    amit.makker@lw.com
15                                                  Shannon D. Lankenau (Bar. No. 294263)
                                                    shannon.lankenau@lw.com
16                                                  **LATHAM & WATKINS LLP**
                                                    505 Montgomery Street, Suite 2000
17                                                  San Francisco, CA 94111
                                                    Telephone:  415.391.0600
18                                                  Facsimile:  415.395.8095

19                                                  Richard P. Bress (admitted *pro hac vice*)
                                                    rick.bress@lw.com
20                                                  **LATHAM & WATKINS LLP**
                                                    555 Eleventh Street NW, Suite 1000
21                                                  Washington, D.C. 20004
                                                    Telephone:  202.637.2200
22                                                  Facsimile:  202.637.2201

23                                                  *Attorneys for Plaintiffs City of San Jose,*
                                                    *California; King County, Washington;*
24                                                  *Arlington County, Virginia; Black Alliance for*
                                                    *Just Immigration; Sam Liccardo; Zerihoun*
25                                                  *Yilma; and Lovette Kargbo-Thompson*

26

27

28

| | |
|---|---|
| 1 | Kristen Clarke (*pro hac vice* forthcoming) |
| | kclarke@lawyerscommittee.org |
| 2 | Jon M. Greenbaum (Bar No. 166733) |
| | jgreenbaum@lawyerscommittee.org |
| 3 | Ezra D. Rosenberg (admitted *pro hac vice*) |
| | erosenberg@lawyerscommittee.org |
| 4 | Dorian L. Spence (admitted *pro hac vice*) |
| | dspence@lawyerscommittee.org |
| 5 | Maryum Jordan (admitted *pro hac vice*) |
| | mjordan@lawyerscommittee.org |
| 6 | Ajay Saini (admitted *pro hac vice*) |
| | asaini@lawyerscommitee.org |
| 7 | **LAWYERS' COMMITTEE FOR CIVIL** |
| | **RIGHTS UNDER LAW** |
| 8 | 1500 K Street NW, Suite 900 |
| | Washington, DC 20005 |
| 9 | Telephone:  202.662.8600 |
| | Facsimile:  202.783.0857 |
| 10 | |
| 11 | *Attorneys for Plaintiffs City of San Jose,* |
| | *California; King County, Washington; Black* |
| 12 | *Alliance for Just Immigration; Sam Liccardo;* |
| | *Zerihoun Yilma; and Lovette Kargbo-Thompson* |
| 13 | |
| 14 | Mark Rosenbaum (Bar No. 59940) |
| | mrosenbaum@publiccounsel.org |
| 15 | **PUBLIC COUNSEL** |
| | 610 South Ardmore Avenue |
| 16 | Los Angeles, California 90005 |
| | Telephone: 213.385.2977 |
| 17 | Facsimile:  213.385.9089 |
| 18 | *Attorneys for Plaintiff City of San Jose,* |
| 19 | *California* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    Dated:  August 17, 2020                          XAVIER BECERRA
                                                     Attorney General of California
2                                                    THOMAS S. PATTERSON
                                                     Senior Assistant Attorney General
3                                                    ANTHONY R. HAKL
                                                     Supervising Deputy Attorney General
4

5                                                    /s/ Gabrielle D. Boutin
                                                     GABRIELLE D. BOUTIN
6                                                    R. MATTHEW WISE
                                                     Deputy Attorneys General
7                                                    1300 I Street, Suite 125
                                                     P.O. Box 944255
8                                                    Sacramento, CA 94244-2550
                                                     Telephone:  (916) 210-6046
9                                                    Fax:  (916) 324-8835
                                                     E-mail:  Gabrielle.Boutin@doj.ca.gov
10                                                   E-mail:  Matthew.Wise@doj.ca.gov
                                                     Attorneys for Plaintiff State of California
11
     Dated:  August 17, 2020                          MIKE FEUER
12                                                   City Attorney for the City of Los Angeles

13                                                   /s/ Valerie Flores
                                                     VALERIE FLORES, SBN 138572
14                                                   Managing Senior Assistant City Attorney
                                                     MICHAEL J. DUNDAS, SBN 226930
15                                                   Deputy City Attorney
                                                     200 North Main Street, 7th Floor, MS 140
16                                                   Los Angeles, CA  90012
                                                     Telephone: (213) 978-8130
17                                                   Fax: (213) 978-8222
                                                     Email: Valerie.Flores@lacity.org
18

19   Dated:  August 17, 2020                          CHARLES PARKIN
                                                     City Attorney for the City of Long Beach
20
                                                     /s/ Charles Parkin
21                                                   SBN 159162
                                                     333 W. Ocean Blvd., 11th Floor
22                                                   Long Beach CA, 90802
                                                     Telephone: (562) 570-2200
23                                                   Fax: (562) 436-1579
                                                     Email: Charles.Parkin@longbeach.gov
24

25

26

27

28

1    Dated:  August 17, 2020                     BARBARA J. PARKER
                                                 City Attorney for the City of Oakland
2
                                                 /s/ Maria Bee
3                                                MARIA BEE, SBN 167716
                                                 Chief Assistant City Attorney
4                                                MALIA MCPHERSON
                                                 Deputy City Attorney
5                                                City Hall, 6th Floor
                                                 1 Frank Ogawa Plaza
6                                                Oakland, California 94612
                                                 Telephone: (510) 238-3601
7                                                Fax: (510) 238-6500
                                                 Email: mbee@oaklandcityattorney.org
8

9    Dated:  August 17, 2020                     DANNIS WOLIVER KELLEY

10

11                                               /s/ Sue Ann Salmon Evans
                                                 Sue Ann Salmon Evans, SBN 151562
                                                 Keith A. Yeomans, SBN 245600
12                                               115 Pine Avenue, Suite 500
                                                 Long Beach, CA  90802
13                                               Telephone: 562.366.8500
                                                 Facsimile: 562.366.8505
14                                               sevans@DWKesq.com
                                                 kyeomans@DWKesq.com
15                                               Attorneys for Los Angeles United School
                                                 District
16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8

ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS (SBN 220932)
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

9   Dated:  August 17, 2020

10
11
12
13
14
15

*/s/ Daniel D. Mauler*
DANIEL D. MAULER
(Va. Bar No. 73190)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-0773
Fax: (202) 616-8470
E-mail: dan.mauler@usdoj.gov

16

*Counsel for Executive Branch Defendants*

17
18
19

## **ATTESTATION**

20
21

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of

this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have

22   concurred in this filing.

23

DATED:  August 17, 2020

*/s/      Sadik Huseny*
Sadik Huseny

24
25
26
27

Sadik Huseny (Bar No. 224659)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

28