UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 20-CV-05167-LHK |
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 20-CV-05169-LHK <br><br> **CASE MANAGEMENT ORDER** |

For Plaintiffs: Richard Bress; Sadik Huseny; Steven Bauer; Amit Makker; Shannon D. Lankenau; Ezra Rosenberg; Matthew Wise; Gabrielle Downey Boutin; Maria Bee; and Keith A. Yeomans
For Defendants: Brad Rosenberg; and Dan Mauler

The parties in both the above-captioned cases filed a joint case management statement on August 17, 2020. ECF No. 44. The Court held a joint case management conference on Tuesday,

1

Case No. 20-CV-05167-LHK
CASE MANAGEMENT ORDER

August 18, 2020. The Court set the following expedited schedule for briefing on Plaintiffs' partial summary judgment motion and Defendants' cross-dispositive motion:

| Scheduled Event | Date | Page Limit |
| --- | --- | --- |
| Plaintiffs file a joint brief in support of their motion for partial summary judgment | August 27, 2020 | 35 pages |
| Defendants file a single brief opposing Plaintiffs' summary judgment motion and in support of Defendants' dispositive motion | September 10, 2020 | 45 pages |
| Plaintiffs file a joint brief replying in support of their partial summary judgment motion, and opposing Defendants' dispositive motion | September 21, 2020 | 30 pages |
| Defendants file a single reply brief in support of their dispositive motion | September 28, 2020 | 20 pages |
| Hearing on all motions for both cases | October 8, 2020 at 1:30 p.m. | |

The hearing date and time are subject to change based on whether the Chief Judge of the U.S. Court of Appeals for the Ninth Circuit convenes a three-judge court, and if so, the availability of those judges on October 8, 2020.

Because the cases will not be consolidated, the parties shall include on any joint filings the caption of both cases, and file joint filings on both dockets.

Also, by August 19, 2020, the parties shall file their stipulation that asks the Court to (1) stay the Defendants' deadline for responding to claims that are not raised in Plaintiffs' motion for partial summary judgment; and (2) set another case management conference 15 days after ruling on the above motions.

**IT IS SO ORDERED.**

Dated: August 18, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge