| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar. No. 294263)<br>    shannon.lankenau@lw.com<br>  Cindy Guan (Bar No. 317036)<br>    cindy.guan@lw.com<br>505 Montgomery Street, Suite 1900<br>San Francisco, California 94111<br>T:  415.391.0600 / F:  415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (admitted *pro hac vice*)<br>    rick.bress@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>T:  202.637.2200 / F:  202.637.2201<br><br>*Attorneys for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne* | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (admitted *pro hac vice*)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (admitted *pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (admitted *pro hac vice*)<br>    dspence@lawyerscommittee.org<br>  Maryum Jordan (admitted *pro hac vice*)<br>    mjordan@lawyerscommittee.org<br>  Ajay Saini (admitted *pro hac vice*)<br>    asaini@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>T:  202.662.8600 / F:  202.783.0857<br><br>*Attorneys for Plaintiffs City of San Jose, King County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*<br><br>PUBLIC COUNSEL<br>  Mark Rosenbaum (Bar No. 59940)<br>    mrosenbaum@publiccounsel.org<br>610 South Ardmore Avenue<br>Los Angeles, California 90005<br>T:  213.385.2977 / F:  213.385.9089<br><br>*Attorney for Plaintiff City of San Jose* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants.<br>—<br>STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 5:20-cv-05167-LHK-RRC-EMC<br>Case No. 5:20-cv-05169-LHK-RRC-EMC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DEVELOPMENT PURSUANT TO CIVIL LOCAL RULE 7-3(d)**<br><br>Judge:   Honorable Richard R. Clifton<br>           Honorable Lucy H. Koh<br>           Honorable Edward M. Chen |

1 | Pursuant to Civil Local Rule 7-3(d), Plaintiffs submit this Administrative Motion for
Leave to File a Statement of Recent Development Pursuant to Civil Local Rule 7-3(d).  The
Statement is intended to bring to the Court's attention relevant briefing submitted by Defendants
in *Ross v. National Urban League* (Supreme Court Case No. 20A62), which Defendants filed
after this Court's hearing on October 8, 2020.

Dated:  October 13, 2020

Kristen Clarke (admitted *pro hac vice*)
Jon M. Greenbaum (Bar No. 166733)
Ezra D. Rosenberg (admitted *pro hac vice*)
Dorian L. Spence (admitted *pro hac vice*)
Maryum Jordan (admitted *pro hac vice*)
Ajay Saini (admitted *pro hac vice*)

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs City of San Jose, California; King County, Washington; Black Alliance for Just Immigration; Sam Liccardo; Zerihoun Yilma; and Lovette Kargbo-Thompson*

Mark Rosenbaum (Bar No. 59940)

**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorney for Plaintiff City of San Jose, California*

Respectfully submitted,

**LATHAM & WATKINS LLP**

By:  /s/  Richard P. Bress
Richard P. Bress (admitted *pro hac vice*)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

Steven M. Bauer (Bar No. 135067)
Sadik Huseny (Bar No. 224659)
Amit Makker (Bar No. 280747)
Shannon D. Lankenau (Bar No. 294263)
Cindy Guan (Bar No. 317036)

**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

*Attorneys for Plaintiffs City of San Jose, California; King County, Washington; Arlington County, Virginia; Black Alliance for Just Immigration; Sam Liccardo; Zerihoun Yilma; and Lovette Kargbo-Thompson*