| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar. No. 294263)<br>    shannon.lankenau@lw.com<br>  Cindy Guan (Bar No. 317036)<br>    cindy.guan@lw.com<br>505 Montgomery Street, Suite 1900<br>San Francisco, California 94111<br>T:  415.391.0600 / F:  415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (admitted *pro hac vice*)<br>    rick.bress@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>T:  202.637.2200 / F:  202.637.2201<br><br>*Attorneys for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne* | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (admitted *pro hac vice*)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (admitted *pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (admitted *pro hac vice*)<br>    dspence@lawyerscommittee.org<br>  Maryum Jordan (admitted *pro hac vice*)<br>    mjordan@lawyerscommittee.org<br>  Ajay Saini (admitted *pro hac vice*)<br>    asaini@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>T:  202.662.8600 / F:  202.783.0857<br><br>*Attorneys for Plaintiffs City of San Jose, King County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*<br><br>PUBLIC COUNSEL<br>  Mark Rosenbaum (Bar No. 59940)<br>    mrosenbaum@publiccounsel.org<br>610 South Ardmore Avenue<br>Los Angeles, California 90005<br>T:  213.385.2977 / F:  213.385.9089<br><br>*Attorney for Plaintiff City of San Jose* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 5:20-cv-05167-LHK-RRC-EMC<br>Case No. 5:20-cv-05169-LHK-RRC-EMC<br><br>**DECLARATION OF SHANNON D. LANKENAU IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DEVELOPMENT PURSUANT TO CIVIL LOCAL RULE 7-3(d)**<br><br>Judge:   Honorable Richard R. Clifton<br>             Honorable Lucy H. Koh<br>             Honorable Edward M. Chen |
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | |

I, Shannon D. Lankenau, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, an associate at Latham & Watkins LLP, and counsel for Plaintiffs in the above-titled action. I make this declaration in support of Plaintiffs' Administrative Motion for Leave to File Statement of Recent Development Pursuant to Civil Local Rule 7-3(d). I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A to the Statement is a true and correct copy of Defendants' Reply in Support of Application for a Stay filed in the Supreme Court on October 10, 2020 in *Ross v. National Urban League*, Supreme Court Case No. 20A62.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2020                              Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Shannon D. Lankenau
Shannon D. Lankenau (Bar No. 294263)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 1900
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

*Attorney for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

## **ATTESTATION**

I, Richard P. Bress, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that the signatory to this document has concurred in this filing.

DATED: October 13, 2020              /s/     *Richard P. Bress*
                                             Richard P. Bress

**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201