| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar. No. 294263)<br>    shannon.lankenau@lw.com<br>  Cindy Guan (Bar No. 317036)<br>    cindy.guan@lw.com<br>505 Montgomery Street, Suite 1900<br>San Francisco, California 94111<br>T:  415.391.0600 / F:  415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (admitted *pro hac vice*)<br>    rick.bress@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>T:  202.637.2200 / F:  202.637.2201<br><br>*Attorneys for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne* | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (admitted *pro hac vice*)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (admitted *pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (admitted *pro hac vice*)<br>    dspence@lawyerscommittee.org<br>  Maryum Jordan (admitted *pro hac vice*)<br>    mjordan@lawyerscommittee.org<br>  Ajay Saini (admitted *pro hac vice*)<br>    asaini@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>T:  202.662.8600 / F:  202.783.0857<br><br>*Attorneys for Plaintiffs City of San Jose, King County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*<br><br>PUBLIC COUNSEL<br>  Mark Rosenbaum (Bar No. 59940)<br>    mrosenbaum@publiccounsel.org<br>610 South Ardmore Avenue<br>Los Angeles, California 90005<br>T:  213.385.2977 / F:  213.385.9089<br><br>*Attorney for Plaintiff City of San Jose* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>  Defendants.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>  Defendants. | Case No. 5:20-cv-05167-LHK-RRC-EMC<br>Case No. 5:20-cv-05169-LHK-RRC-EMC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DEVELOPMENT PURSUANT TO CIVIL LOCAL RULE 7-3(d)**<br><br>Judge:   Honorable Richard R. Clifton<br>            Honorable Lucy H. Koh<br>            Honorable Edward M. Chen |

In light of the panel's questions regarding the positions that Defendants have taken in these cases, on the one hand, and in the *Ross v. National Urban League* matter (Supreme Court Case No. 20A62), on the other hand, with respect to the effects of delayed apportionment numbers on state redistricting efforts, Plaintiffs respectfully submit Defendants' Reply in Support of Application for a Stay filed in the Supreme Court on October 10, 2020 in *Ross v. National Urban League*, **Exhibit A**.  Defendants address effects of any delay in the census on state redistricting at pages 11-12.

Dated:  October 13, 2020

Respectfully submitted,

**LATHAM & WATKINS LLP**

By:  /s/  Richard P. Bress

Kristen Clarke (admitted *pro hac vice*)
Jon M. Greenbaum (Bar No. 166733)
Ezra D. Rosenberg (admitted *pro hac vice*)
Dorian L. Spence (admitted *pro hac vice*)
Maryum Jordan (admitted *pro hac vice*)
Ajay Saini (admitted *pro hac vice*)

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs City of San Jose, California; King County, Washington; Black Alliance for Just Immigration; Sam Liccardo; Zerihoun Yilma; and Lovette Kargbo-Thompson*

Mark Rosenbaum (Bar No. 59940)

**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorney for Plaintiff City of San Jose, California*

Richard P. Bress (admitted *pro hac vice*)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

Steven M. Bauer (Bar No. 135067)
Sadik Huseny (Bar No. 224659)
Amit Makker (Bar No. 280747)
Shannon D. Lankenau (Bar No. 294263)
Cindy Guan (Bar No. 317036)

**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

*Attorneys for Plaintiffs City of San Jose, California; King County, Washington; Arlington County, Virginia; Black Alliance for Just Immigration; Sam Liccardo; Zerihoun Yilma; and Lovette Kargbo-Thompson*