LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar. No. 294263)
    shannon.lankenau@lw.com
  Cindy Guan (Bar No. 317036)
    cindy.guan@lw.com
505 Montgomery Street, Suite 1900
San Francisco, California 94111
T:  415.391.0600 / F:  415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (admitted *pro hac vice*)
    rick.bress@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T:  202.637.2200 / F:  202.637.2201

*Attorneys for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (admitted *pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (admitted *pro hac vice*)
    dspence@lawyerscommittee.org
  Maryum Jordan (admitted *pro hac vice*)
    mjordan@lawyerscommittee.org
  Ajay Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, DC 20005
T:  202.662.8600 / F:  202.783.0857

*Attorneys for Plaintiffs City of San Jose, King County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

PUBLIC COUNSEL
  Mark Rosenbaum (Bar No. 59940)
    mrosenbaum@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, California 90005
T:  213.385.2977 / F:  213.385.9089

*Attorney for Plaintiff City of San Jose*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 5:20-cv-05167-LHK-RRC-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DEVELOPMENT PURSUANT TO CIVIL LOCAL RULE 7-3(d)**<br><br>Judge:      Honorable Richard R. Clifton<br>               Honorable Lucy H. Koh<br>               Honorable Edward M. Chen |

1  Pursuant to Civil Local Rule 7-3(d), Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance For Just Immigration, Sam Liccardo, Rodney Ellis, Zerihoun Yilma, Lovette Kargbo-Thompson, and Santcha Etienne's Administrative Motion for Leave to File Statement of Recent Development Pursuant to Civil Local Rule 7-3(d) is GRANTED.

Dated: _____     _____
HONORABLE RICHARD R. CLIFTON
UNITED STATES CIRCUIT JUDGE FOR
THE NINTH CIRCUIT COURT OF APPEALS

Dated: _____     _____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE FOR
THE NORTHERN DISTRICT OF CALIFORNIA

Dated: _____     _____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE FOR
THE NORTHERN DISTRICT OF CALIFORNIA