# EXHIBIT B

# Census Bureau Statement on 2020 Census Data Collection Ending

**FOR IMMEDIATE RELEASE: TUESDAY, OCTOBER 13, 2020**

OCTOBER 13, 2020
RELEASE NUMBER CB20-CN.119

**OCT. 13, 2020 —** As of today, well over 99.9% of housing units have been accounted for in the 2020 Census. Self-response and field data collection operations for the 2020 Census will conclude on October 15, 2020.

Specifically:

- Internet self-response will be available across the nation through October 15, 2020 through 11:59 p.m. Hawaii Standard Time (HST), (through 5:59 a.m. Eastern Daylight Time on October 16, 2020). Visit 2020Census.gov [https://2020census.gov/] to respond today.
- Phone response will be available for its regularly scheduled time on October 15, 2020. Click here [https://2020census.gov/en/ways-to-respond/responding-by-phone.html] for schedule and a list of numbers.
- Paper responses must be postmarked by October 15, 2020.
- Nonresponse Followup census takers will continue resolving nonresponding addresses through the end of the day on October 15, 2020.

The U.S. Census Bureau is currently updating 2020Census.gov, Census.gov, as well as all external and internal guidance to reflect the schedule update.

###

NOTE: Times listed have been adjusted for clarity.

## Contact

Public Information Office
301-763-3030

pio@census.gov [mailto:pio@census.gov]