LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar. No. 294263)
    shannon.lankenau@lw.com
  Cindy Guan (Bar No. 317036)
    cindy.guan@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
T: 415.391.0600 / F: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (admitted *pro hac vice*)
    rick.bress@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T: 202.637.2200 / F: 202.637.2201

*Attorneys for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (admitted *pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (admitted *pro hac vice*)
    dspence@lawyerscommittee.org
  Maryum Jordan (admitted *pro hac vice*)
    mjordan@lawyerscommittee.org
  Ajay Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, DC 20005
T: 202.662.8600 / F: 202.783.0857

*Attorneys for Plaintiffs City of San Jose, King County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

PUBLIC COUNSEL
  Mark Rosenbaum (Bar No. 59940)
    mrosenbaum@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, California 90005
T: 213.385.2977 / F: 213.385.9089

*Attorney for Plaintiff City of San Jose*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. <br> STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 5:20-cv-05167-LHK-RRC-EMC <br> Case No. 5:20-cv-05169-LHK-RRC-EMC <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Judge: Honorable Richard R. Clifton <br>          Honorable Lucy H. Koh <br>          Honorable Edward M. Chen |

Pursuant to Civil Local Rules 7-3(d) and 7-11(a), Plaintiffs submit this Administrative Motion for Leave to File a Response to Defendants' Notice of Supplemental Authority. As explained in the proposed Response, Defendants' Notice inappropriately includes argument and inaccurately states that the end of census data collection operations will render moot Plaintiffs' enumeration-related injuries. Plaintiffs submit this proposed Response to correct that error.

Dated: October 16, 2020

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Richard P. Bress
Richard P. Bress (admitted *pro hac vice*)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

Steven M. Bauer (Bar No. 135067)
Sadik Huseny (Bar No. 224659)
Amit Makker (Bar No. 280747)
Shannon D. Lankenau (Bar No. 294263)
Cindy Guan (Bar No. 317036)

**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

*Attorneys for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

Kristen Clarke (admitted *pro hac vice*)
Jon M. Greenbaum (Bar No. 166733)
Ezra D. Rosenberg (admitted *pro hac vice*)
Dorian L. Spence (admitted *pro hac vice*)
Maryum Jordan (admitted *pro hac vice*)
Ajay Saini (admitted *pro hac vice*)

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Attorneys for Plaintiffs City of San Jose, California; King County, Washington; Black Alliance for Just Immigration; Sam Liccardo; Zerihoun Yilma; and Lovette Kargbo-Thompson*

Mark Rosenbaum (Bar No. 59940)

**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: 213.385.2977
Facsimile: 213.385.9089

*Attorney for Plaintiff City of San Jose, California*