LATHAM & WATKINS LLP
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
Cindy Guan (Bar No. 317036)
cindy.guan@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
T: 415.391.0600 / F: 415.395.8095

LATHAM & WATKINS LLP
Richard P. Bress (admitted *pro hac vice*)
rick.bress@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T: 202.637.2200 / F: 202.637.2201

*Attorneys for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
Kristen Clarke (admitted *pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (admitted *pro hac vice*)
erosenberg@lawyerscommittee.org
Dorian L. Spence (admitted *pro hac vice*)
dspence@lawyerscommittee.org
Maryum Jordan (admitted *pro hac vice*)
mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, DC 20005
T: 202.662.8600 / F: 202.783.0857

*Attorneys for Plaintiffs City of San Jose, King County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

PUBLIC COUNSEL
Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, California 90005
T: 213.385.2977 / F: 213.385.9089

*Attorney for Plaintiff City of San Jose*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

CITY OF SAN JOSE, CALIFORNIA, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 5:20-cv-05167-LHK-RRC-EMC
Case No. 5:20-cv-05169-LHK-RRC-EMC

**DECLARATION OF SHANNON D. LANKENAU IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Judge: Honorable Richard R. Clifton
Honorable Lucy H. Koh
Honorable Edward M. Chen

I, Shannon D. Lankenau, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, an associate at Latham & Watkins LLP, and counsel for Plaintiffs in the above-titled action. I make this declaration in support of Plaintiffs' Administrative Motion for Leave to File Response to Defendants' Notice of Supplemental Authority. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A to this declaration is a true and correct copy of Plaintiffs' Response to Defendants' Notice of Supplemental Authority.

3. Attached hereto as Exhibit 1 to Plaintiffs' Response to Defendants' Notice of Supplemental Authority is a true and correct copy of the Reply Brief for Appellants in *Trump v. New York*, Supreme Court Case No. 20-366 (Oct. 13, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2020

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Shannon D. Lankenau

Shannon D. Lankenau (Bar No. 294263)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

*Attorney for Plaintiffs City of San Jose, King County, Arlington County, Harris County, Black Alliance for Just Immigration, Liccardo, Ellis, Yilma, Kargbo-Thompson, and Etienne*

**ATTESTATION**

I, Richard P. Bress, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that the signatory to this document has concurred in this filing.

DATED: October 16, 2020

*/s/ Richard P. Bress*
Richard P. Bress

**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201