JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
SOPAN JOSHI
Senior Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
DANIEL D. MAULER
JOHN ROBINSON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C.  20005
Telephone:    (202) 616-8489
E-mail:         john.j.robinson@usdoj.gov
*COUNSEL FOR DEFENDANTS*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE, CALIFORNIA, *et al.*, | **NOTICE OF APPEAL** |
| Plaintiff, | |
| v. | |
| DONALD J. TRUMP*, et al.*, | |
| Defendants. | |
| | |
| STATE OF CALIFORNIA, *et al.*, | No. 5:20-cv-05167-LHK-RRC-EMC |
| Plaintiff, | No. 5:20-cv-05169-LHK-RRC-EMC |
| v. | |
| DONALD J. TRUMP*, et al.*, | |
| Defendants. | |

# NOTICE OF APPEAL

Notice is hereby given that all defendants in the above-named cases hereby appeal to the Supreme Court of the United States from the final judgment entered on October 22, 2020. This appeal is taken under 28 U.S.C. § 1253.

    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

SOPAN JOSHI
Senior Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ John Robinson
DANIEL D. MAULER
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*COUNSEL FOR DEFENDANTS*

**Certificate of Service**

The foregoing Notice of Appeal will be filed with the CM/ECF system of the United States District Court for the Northern District of California on October 23, 2020, which will effect service by notification of electronic filing to the following counsel:

Sadik Harry Huseny
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Ajay P Saini
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW
Suite 900
Washington, DC 20005

Amit Makker
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Cindy Guan
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Dorian Lawrence Spence
Lawyers Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, DC 20005

Ezra D Rosenberg
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW
Suite 900
Washington, DC 20005

Jon Greenbaum
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, DC 20005

1  Kristen Clarke
   Lawyers' Committee for Civil Rights
2  1500 K St NY suite 900
3  Washington, DC 20001

4  Maryum Jordan
   Lawyers' Committee for Civil Rights Under Law
5  1500 K Street NW
   Suite 900
6  Washington, DC 20005

7
   Richard P. Bress
8  Latham and Watkins LLP
   555 Eleventh Street, N.W.
9  Suite 1000
   Washington, DC 20004-1304
10

11 Shannon Danielle Lankenau
   Latham and Watkins LLP
12 505 Montgomery Street
   Suite 2000
13 San Francisco, CA 94111

14
   Steven Mark Bauer
15 Latham & Watkins LLP
   505 Montgomery Street, Suite 2000
16 San Francisco, CA 94111

17 R. Matthew Wise
   Office of the Attorney General
18 Department of Justice
19 1300 I Street, Suite 125
   Sacramento, CA 95814
20
   Blaine I. Green
21 Pillsbury Winthrop LLP
   Post Office Box 2824
22 San Francisco, CA 94126
23
   Dustin James Chase-Woods
24 Pillsbury Winthrop Shaw Pittman LLP
   Four Embarcadero Center, 22nd Floor
25 San Francisco, CA 94111

26

27

28

NOTICE OF APPEAL
Case No. 5:20-cv-05167; Case No. 5:20-cv-05169

| | |
|---|---|
| 1 | Jennifer G Altman |
| 2 | Pillsbury Winthrop Shaw Pittman LLP<br>600 Brickell Avenue |
| 3 | Suite 3100<br>Miami, FL 33131 |
| 4 | |
| 5 | Michael John Pisko<br>Pillsbury Winthrop Shaw Pittman LLP |
| 6 | 31 West 52nd Street<br>New York, NY 10019 |
| 7 | |
| 8 | Shani Rivaux<br>Pillsbury Winthrop Shaw Pittman LLP |
| 9 | 600 Brickell Avenue<br>Suite 3100 |
| 10 | Miami, FL 33131 |
| 11 | Douglas N. Letter |
| 12 | U.S. House of Representatives<br>Office of General Counsel |
| 13 | 219 Cannon House Office Building<br>Washington, DC 20515 |
| 14 | |
| 15 | Elizabeth B. Wydra<br>Constitutional Accountability Center |
| 16 | 1200 18th Street, NW<br>Suite 501 |
| 17 | Washington, DC 20036 |
| 18 | Richard W. Clary |
| 19 | Cravath Swaine and Moore LLP<br>825 8th Ave |
| 20 | Worldwide Plaza<br>New York, NY 10019 |
| 21 | |
| 22 | Mark R Trachtenberg<br>Haynes and Boone LLP |
| 23 | 1221 McKinney Street<br>Suite 4000 |
| 24 | Houston, TX 77010 |
| 25 | Tamara Irene Devitt<br>Haynes and Boone, LLP |
| 26 | 600 Anton Boulevard, Suite 700<br>Costa Mesa, CA 92626 |
| 27 | |
| 28 | |

NOTICE OF APPEAL
Case No. 5:20-cv-05167; Case No. 5:20-cv-05169

1  Lawrence John Joseph
   Law Office of Lawrence J. Joseph
2  1250 Connecticut Avenue, NW, Suite 700-1A
3  Washington, DC 20036

4
                                          /s/ John Robinson
5                                         _____
                                          DANIEL D. MAULER
6                                         JOHN ROBINSON
                                          Trial Attorneys
7                                         U.S. Department of Justice
                                          Civil Division - Federal Programs Branch
8                                         1100 L Street, NW
                                          Washington, D.C.  20005
9                                         Telephone:   (202) 616-8489
                                          E-mail:      john.j.robinson@usdoj.gov
10
11                                        *COUNSEL FOR DEFENDANTS*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL
Case No. 5:20-cv-05167; Case No. 5:20-cv-05169