# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 28, 2020

Clerk
United States District Court for the Northern
District of California
450 Golden Gate Ave.,POB 18425
United States Courthouse
San Francisco, CA 94102

**FILED**

JAN 04 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re: Donald J. Trump, President of the United States, et al.
v. City of San Jose, California, et al.
No. 20-561
(Your No. 20-CV-05167-RRC-LHK-EMC, 20-CV-05169-RRC-LHK-EMC)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The judgment is vacated, and the case is remanded to the United States District Court for the Northern District of California with instructions to dismiss for lack of jurisdiction. See *Trump* v. *New York*, 592 U. S. ___ (2020) (*per curiam*). Justice Breyer, joined by Justice Sotomayor and Justice Kagan, dissents for the reasons stated in *Trump* v. *New York*, 592 U. S. ___ (2020) (Breyer, J., dissenting).

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk



FIRST-CLASS MAIL

US POSTAGE $000.50
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601

12/28/2020

RECEIVED
JAN 04 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300